**ORIGINAL**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY - 5 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| DONALD SULLIVAN, et al., <br> Plaintiff(s). <br> V. <br> ORACLE CORPORATION, et al., <br> Defendant(s). | CASE NUMBER: <br> SACV 05-0392-JVS(MLGx) <br><br> ORDER RE TRANSFER PURSUANT <br> TO GENERAL ORDER 224 <br> ( Related Cases) |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

MAY 4 2005
_____
Date

_____
Alicemarie H. Stotler
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of General Order 224.

IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge  Alicemarie H. Stotler for all further proceedings.

5.4.05
_____
Date

_____
James V. Selna
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to/from my calendar for the reasons set forth:

DOCKETED ON CM
MAY - 5 2005
BY _____ 067

_____
Date

_____
United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL:** Case SACV 03-348-AHS(MLGx) and the present case:

- X  A. appear to arise from the same or substantially identical transactions, happenings or events.
- X  B. involve the same or substantially the same parties or property.
- ☐  C. involve the same patent, trademark or copyright.
- X  D. call for determination of the same or substantially identical questions of law and fact.
- X  E. likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**NOTICE TO COUNSEL FROM CLERK:**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge __N/A__ to Magistrate Judge __N/A__.

On all documents subsequently filed in this case, please substitute the initials __AHS__ after the case number in place of the initials of the prior judge, so that the case number will read SACV 05-0392-AHS(MLGx). This is very important because documents are routed to the assigned judges by means of these initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the ☐ Western  X Southern  ☐ Eastern Division.

**Subsequent documents must be filed at the  ☐ Western  X Southern  ☐ Eastern Division.**
**Failure to file at the proper location will result in your documents being returned to you.**

5-3-05 - kjks

CV-34 (01/05)     ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 ( Related Cases)