


UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DONALD SULLIVAN, et al.,<br><br>    Plaintiff(s),<br><br>    vs.<br><br>ORACLE CORPORATION, etc.,<br>et al.,<br><br>    Defendant(s) | SA CV 05-392-AHS(MLGx)<br><br>**ORDER SETTING SCHEDULING CONFERENCE FOR**<br><br>July 11, 2005<br>1:30 P.M., COURTROOM 10-A<br><br>**RONALD REAGAN FEDERAL BUILDING AND UNITED STATES COURTHOUSE**<br>**411 WEST FOURTH STREET**<br>**SANTA ANA, CALIFORNIA 92701** |

This action has been assigned to the calendar of JUDGE ALICEMARIE H. STOTLER. IT IS HEREBY ORDERED that, pursuant to Fed. R. Civ. P. 16(b), this case be placed on calendar for a Scheduling Conference on the date and time and at the location set out above.

IT IS FURTHER ORDERED that all counsel and parties appearing *pro se* must be familiar with the Federal Rules of Civil Procedure and the Local Rules of the Central District of California. Obligations of "counsel" in this Order also include obligations of parties appearing *pro se*, unless otherwise expressly excluded.

All civil actions or proceedings shall be pre-tried pursuant to Fed. R. Civ. P. 16, unless the case is exempt under the Local Rules.

All parties and counsel shall meet their obligations to disclose information, confer on a discovery plan, and file a timely report to the Court, as required by Fed. R. Civ. P. 26. Failure to comply may lead to the imposition of sanctions. **Counsel shall include in the report a detailed factual summary or analysis of the case.**

NOTE: Some Scheduling Conferences may be concluded by issuance of a Scheduling Order without appearances by counsel or parties, based on the parties' Rule 26(f) Reports which are timely filed. In those cases selected by the Court for resolution without a hearing on the basis of the Rule 26(f) Report, counsel will be notified by the courtroom deputy clerk not later than the Thursday before the hearing. If counsel are not notified of non-appearance, an appearance is mandatory. The *pro se* exemptions set forth in the Local Rules do not apply in actions governed by this order.

**All motion dates must be approved by the Courtroom Deputy.**

IT IS SO ORDERED.

Dated: May 9, 2005

ALICEMARIE H. STOTLER
U. S. DISTRICT COURT JUDGE

Courtroom Deputy Clerk for
Judge Stotler:

Telephone No. (714) 338-4758