Robert W. Thompson Esq. (SBN 106411)
**CALLAHAN, McCUNE & WILLIS, APLC**
111 Fashion Lane
Tustin, California 92780-3397
Tel  :     (714) 730-5700
Fax  :     (714) 730-1642

Attorneys for Plaintiffs,
**DONALD SULLIVAN and
DEANNA EVICH,** individually,
and on behalf of other persons
similarly situated and the general public

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| DONALD SULLIVAN and DEANNA EVICH, individually, and on behalf of other persons similarly situated and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>ORACLE CORPORATION, a Delaware Corporation, ORACLE UNIVERSITY, form unknown, ORACLE CANADA, form unknown, and DOES 1 through 10, inclusive, | Case No.: SACV05-0392 AHS (MLGx)<br>JUDGE: ALICEMARIE H. STOTLER<br><br>[PROPOSED] **ORDER RE FILING OF SECOND AMENDED COMPLAINT**<br><br>Discovery cut-off:      August 11, 2006<br>Final conference       November 6, 2006<br>Trial date:              February 27, 2007 |

Pursuant to Federal Rule of Civil Procedure 15(a) and in compliance therewith, Plaintiffs have submitted to the Court their Second Amended Complaint and Defendant's Consent to Amendment of the Pleadings and the Filing of Plaintiffs' Second Amended Complaint.

- 1 -

1 | IT IS HEREBY ORDERED that the Plaintiff's may file their Second
2 | Amended Complaint and that said Second Amended Complaint be deemed filed
3 | and served as of the date indicated on this Order.

Dated: AUG 29 2005

*[signature]*

United States District Court
The Honorable Alicemarie H. Stotler

Respectfully submitted,

DATED: August 24, 2005

By *[signature]*
Robert W. Thompson, Esq
CALLAHAN, McCUNE & WILLIS, APLC
Attorneys for Plaintiffs,
DONALD SULLIVAN, and DEANNA
EVICH, individually, and on behalf of
persons similarly situated and the general
public

## PROOF OF SERVICE

STATE OF CALIFORNIA )
)
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California, I am over the age of 18 years and not a party to the within action; my business address is 111 Fashion Lane, Tustin, California.

On this date, I served the foregoing document described as:

**[PROPOSED] ORDER RE FILING OF' SECOND AMENDED COMPLAINT**

Said document was served on the interested party or parties in this action by placing a true copy thereof, enclosed in a sealed envelope, and addressed as noted below.

I am familiar with our firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Tustin, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one working day after the date of deposit for mailing in this declaration.

_X_ (By Mail) I deposited such envelope in the mail at Tustin, California. The envelope was mailed with postage thereon fully prepaid. (As to Oracle, only)

___ (By E-mail) In addition to regular mail, I sent this document via e-mail to the addresses as listed on the attached mailing list.

___ (By Facsimile) In addition to regular mail, I sent this document via facsimile to the number(s) as listed on the attached mailing list.

___ (By Personal Service) Such envelope was delivered by hand to the below addressee.

___ (By Overnight Mail) I arranged for such envelope to be delivered to the following addresses by overnight mail. (As to Oracle Canada, only)

Executed on August 25, 2005, at Tustin, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
DONNA J. OSTROM

- 1 -

# MAILING LIST

Case Name : SULLIVAN AND EVICH VS. ORACLE CORPORATION, et al
Court : ORANGE COUNTY SUPERIOR CENTRAL JUSTICE CENTER
Case Number : 05CC00007

| | |
|---|---|
| Stephen L. Berry, Esq.<br>PAUL, HASTINGS, JANOFSKY<br>  & WALKER<br>695 Town Center Dr., 17th Floor<br>Costa Mesa, CA 92626-1924<br>Phone: (714) 668-6200<br>Fax: (714) 979-1921<br>Stephen Berry stephenberry@paulhastings.com | **Attorneys for Defendant**<br>ORACLE CORPORATION |
| Mr. Roger Hitchcock<br>c/o Ms. Carol Stewart<br>Oracle Corporation Canada, Inc.<br>110 Matheson Blvd. W., Suite 100<br>Mississauga, Ontario, Canada<br>L5R 3P4 | For Oracle Corporation<br>Canada, Inc. |

- 2 -