

(SEND)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

CIVIL MINUTES - GENERAL

Case No.:  SA CV 05-392 AHS (MLGx)          Date: July 14, 2006

Title:   Donald Sullivan, et al. v. Oracle Corporation, et al.
================================================================
PRESENT:   **HON. ALICEMARIE H. STOTLER, CHIEF U.S. DISTRICT JUDGE**

        Ellen Matheson                      Not Present
        Deputy Clerk                        Court Reporter

**ATTORNEYS PRESENT:** None

**PROCEEDINGS:**   (IN CHAMBERS) ORDER CONTINUING: (1) PLAINTIFFS' MOTIONS FOR SUMMARY ADJUDICATION; (2) DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT; AND (3) FINAL PRETRIAL CONFERENCE

**I.  Order Continuing Motions**

      On June 19, 2006, plaintiffs filed the following three motions: (1) Motion for an Order of Summary Adjudication that Private Agreements Between Trainers and Defendant Oracle Did Not Settle Claims for Unpaid Overtime Wages; (2) Motion for Summary Adjudication of the Issue that Representative Plaintiffs and Trainers Qualify as Persons in Interest Under Cal. Bus. & Prof. Code § 17200 et seq.; and (3) Motion for an Order of Summary Adjudication on the Issue that the Cal. Labor Code Applies to Claims of Oracle's Non-resident Trainers for Work in California. Also on June 19, 2006, defendant Oracle Corporation filed a Motion for Summary Judgment or, in the Alternative, for Partial Summary Judgment. These motions were noticed for hearing on the Court's July 24, 2006 calendar.

      The Court hereby orders the above motions continued from July 24, 2006 at 10:00 a.m., to October 2, 2006 at 1:00 p.m.

**II. Order Continuing Final Pretrial Conference**

      The Court hereby orders the Final Pretrial Conference in this matter continued from November 6, 2006 at 2:00 p.m., to December 11, 2006 at 2:00 p.m.

MINUTES FORM 11                    INITIALS OF DEPUTY CLERK
CIVIL - GEN   KE       D - M
S:\AHS\2kde\Minute Orders\Sullivan v. Oracle.MSJs.Cont.MO.wpd

(52)

Case No.: <u>SA CV 05-392 AHS (MLGx)</u>          Date: <u>July 14, 2006</u>

Title:    <u>Donald Sullivan, et al. v. Oracle Corporation, et al.</u>

### III. Conclusion

The Clerk is directed to serve a copy of this minute order on all counsel.