```
                                    OCT 19 2006

                                    Priority
                                    Send
                                    Enter
                                    Closed
                                    JS-5/JS-6
                                    JS-2/JS-3
                                    Scan Only
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DONALD SULLIVAN, et al., | SA CV 05-392 AHS (MLGx) |
| Plaintiffs, | |
| v. | JUDGMENT |
| ORACLE CORPORATION, et al., | |
| Defendant. | |

    Defendant's Motion for Summary Judgment having come before the Court, the Honorable Alicemarie H. Stotler, District Judge, presiding, and the evidence presented having been fully considered, the issues having been duly considered, and a decision having been duly rendered,

//
//
//
//
//
//
//
//

DOCKETED ON
OCT 25 2006
BY

1  IT IS ORDERED AND ADJUDGED:
2  that plaintiffs take nothing on their claims and that
3  defendant is entitled to and shall have judgment in its favor.
4  Each side shall bear its own costs and attorneys' fees.
5  DATED: October 18, 2006.

*[signature]*

ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE

28  G:\Docs\AHSC\Forms\Jmt\2001-<SJ-FORM-Jmt.wpd