Robert W. Thompson Esq. (SBN 106411)
Charles S. Russell, Esq. (SBN 233912)
**CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP**
2601 Main Street, Suite 800
Irvine, CA 92614
Tel:  (949) 261-2872
Fax:  (949) 261-6060
rthompson@ctsclaw.com
crussell@ctsclaw.com

Attorneys for Plaintiffs,
**DONALD SULLIVAN, DEANNA EVICH, and RICHARD BURKOW**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DONALD SULLIVAN, DEANNA EVICH, and RICHARD BURKOW, individually, and on behalf of other persons similarly situated and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>ORACLE CORPORATION, a Delaware Corporation, ORACLE UNIVERSITY, form unknown, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: SACV05-0392 CJC (MLGx)<br>JUDGE: HON. CORMAC J. CARNEY<br>DEPT.  9B<br><br>**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), the parties have stipulated that the entire action and all causes of action be dismissed as to all defendants, with prejudice as to the individual claims of DONALD SULLIVAN, DEANNA EVICH, and RICHARD BURKOW plaintiffs herein, and without prejudice as to

— 1 —

1  the claims of unnamed members of the putative class, with each side to bear their
2  own fees and costs.
3  **SO STIPULATED.**
4
5  DATED: October 22, 2012          **CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP**
6
7
8  By _____
   ROBERT W. THOMPSON
9  CHARLES S. RUSSELL
   Attorneys for Plaintiffs,
10 DONALD SULLIVAN, and DEANNA
11 EVICH, and RICHARD BURKNOW,
   individually, and on behalf of persons
12 similarly situated and the general public
13
14
   **PAUL HASTINGS LLP**
15
16
   By _____
17 STEPHEN L. BERRY
   Attorneys for Defendant,
18 ORACLE CORPORATION
19
   C:\Users\eld_slb\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\IKSLS754\Stipulation of Dismissal.doc
20

– 2 –

1  **CERTIFICATE OF SERVICE**

2     I hereby certify that a copy of the foregoing was filed electronically and
3  notice of this filing will be sent by e-mail to all parties by operation of the court's
4  electronic filing system or by mail to anyone unable to accept electronic filing as
5  indicated on the Notice of Electronic Filing. Parties may access this filing through
6  the court's EM/ECF System.

7
8  October 23, 2012                    /s/ Charles S. Russell
                                       Charles S. Russell
9