UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

CIVIL MINUTES REOPENING/CLOSING

Case No. SACV 05-00392-CJC(MLGx)          Date: November 15, 2012

Title Donald Sullivan, et al  v. Oracle Corporation, et al

Present: THE HONORABLE CORMAC J. CARNEY, U.S. DISTRICT JUDGE

| Michelle Urie | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys for Plaintiff                              Attorneys for Defendant

None Present                                         None Present

Proceedings:     ☐ In Court     X In Chambers     ☐ Counsel Notified

☐     Case previously closed in error.  Make JS-5.

X     Case should have been closed on entry dated October 23, 2012 [92].  Make JS-6.

☐     Case settled but may be reopened if settlement is not consummated within __ days.  Make JS-6.

☐     Other _____

☐     Entered _____ .

CV-74 (08/97)                                        Initials by Deputy Clerk    mu